**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE,<br><br>          Plaintiff,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>          Defendant. | Case No. _____<br><br>**ORDER GRANTING PLAINTIFF NETCHOICE'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter came before the Court for hearing. The Court has considered the matter and ORDERS as follows:

(A) Defendant and anyone acting in active concert with his office are immediately RESTRAINED from taking any actions to enforce California Senate Bill 976 (2024) under the law in any way;

(B) This PRELIMINARY INJUNCTION will issue without the requirement of any security bond because NetChoice has shown a likelihood of success on its claims. The Court additionally finds that Defendant will suffer no harm from maintaining the status quo.

(C) This PRELIMINARY INJUNCTION shall take effect immediately and remain in effect until otherwise ordered by the Court.

SO ORDERED this ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE