Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

* *Pro hac vice* forthcoming.

*Attorneys for Plaintiff NetChoice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE,<br><br>        Plaintiff,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>        Defendant. | Case No. _____<br><br>**PLAINTIFF'S CERTIIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**PLAINTIFF'S CERTIIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff NetChoice is a non-profit entity organized under Section 501(c)(6) of the Internal Revenue Code created in and existing under the laws of the District of Columbia. NetChoice is a national trade association of online businesses that share the goal of promoting free speech and free enterprise on the Internet. The current membership list as of November 12, 2024, is listed below:

1. Airbnb
2. Alibaba.com
3. Amazon.com
4. AOL
5. Dreamwidth
6. eBay
7. Etsy
8. Expedia
9. Fluid Truck
10. Google
11. HomeAway
12. Hotels.com
13. Lime
14. Lyft
15. Meta
16. Netflix

1

**PLAINTIFF'S CERTIIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS**

17. Nextdoor
18. Oath
19. OfferUp
20. Orbitz
21. PayPal
22. Pindrop
23. Pinterest
24. PrizePicks
25. Snap Inc.
26. StubHub
27. Swimply
28. Travel Tech
29. Travelocity
30. Trivago
31. Turo
32. VRBO
33. VSBLTY
34. Waymo
35. Wing
36. X (formerly known as Twitter)
37. Yahoo!

**PLAINTIFF'S CERTIIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS**

DATED: November 12, 2024

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

*/s/ Bradley A. Benbrook*
Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

* *Pro hac vice* forthcoming.

*Attorneys for Plaintiff NetChoice*