Rob Bonta, State Bar No. 202668
Attorney General of California
Mark R. Beckington, State Bar No. 126009
Supervising Deputy Attorney General
Lara Haddad, State Bar No. 319630
Supervising Deputy Attorney General
Christopher J. Kissel, State Bar No. 333937
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6388
  Fax:  (916) 731-2124
  E-mail:  Christopher.Kissel@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

*[Additional Counsel on Following Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 5:24-cv-07885-EJD-NMC<br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION AND DEADLINE TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>**\* AS MODIFIED \***<br><br>Hon. Edward J. Davila<br>Trial Date:     None Set<br>Action Filed:  November 12, 2024 |

1

Stipulation to Set Briefing Schedule and Hearing Date on Motion for Preliminary Junction and Deadline to Respond to Complaint; [Proposed] Order (5:24-cv-07885-EJD-NMC)

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

* *Pro hac vice* forthcoming.

*Attorneys for Plaintiff NetChoice*

2

Stipulation to Set Briefing Schedule and Hearing Date on Motion for Preliminary Junction and Deadline to Respond to Complaint; [Proposed] Order (5:24-cv-07885-EJD-NMC)

1  Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiff NetChoice and Defendant Rob
2  Bonta, in his official capacity as Attorney General of California (together, "the Parties"), hereby
3  stipulate to and move for a briefing schedule for Plaintiff's Motion for Preliminary Injunction to
4  be set as follows:

5  - Defendant's opposition to be filed no later than Wednesday, December 4, 2024.
6  - Plaintiff's reply to be filed no later than Wednesday, December 11, 2024.

7  Further, the Parties stipulate to and move for the hearing date for Plaintiff's Motion for
8  Preliminary Injunction to be set for Tuesday, December 17, 2024, notwithstanding section IV(A)
9  of this Court's Standing Order for Civil Cases.

10  Finally, the Parties stipulate to and move for Defendant's deadline to respond to the
11  Complaint to be set at no later than twenty-one days following final resolution of the Motion for
12  Preliminary Injunction, including any appellate proceedings.

13  Pursuant to Local Rule 6-2(a), the Parties have not previously requested a time modification
14  in this case, nor do they anticipate that this stipulation will affect any other scheduled dates in this
15  matter.

16  This stipulation is made, and relief requested, for the following reasons:

17  WHEREAS, on November 12, 2024, Defendant filed and served its Complaint and Motion
18  for Preliminary Injunction;

19  WHEREAS, on November 14, 2024, the Parties conferred as to a proposed stipulated
20  schedule;

21  WHEREAS, Plaintiff has requested that the Court rule on its Motion for Preliminary
22  Injunction before January 1, 2025, the effective date of California Senate Bill 976, the statute on
23  which this case is based;

24  WHEREAS, Defendant submits that the complexity of the Motion for Preliminary
25  Injunction warrants an eight-day extension from the fourteen-day period set forth in Local Rule 7-
26  3(a) to prepare an opposition;

27  WHEREAS, Plaintiff's counsel have an unmovable scheduling conflict hindering their
28  ability to participate in any hearing scheduled on December 18–20, 2024; and

3

WHEREAS, the Parties are cognizant of difficulties that may arise in attempting to set a hearing date any closer to the Christmas and New Year's Day holidays:

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that:

1. Defendant shall file an opposition to the Motion for Preliminary Injunction no later than December 4, 2024;

2. Plaintiff shall file its reply no later than December 11, 2024; and

3. The hearing date for the Motion for Preliminary Injunction shall be December 17, 2024; and

4. Defendant shall file its response to the Complaint no later than twenty-one days following final resolution of the Motion for Preliminary Injunction, including any appellate proceedings.

Dated: November 15, 2024      Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LARA HADDAD
Supervising Deputy Attorney General


*/s/ Christopher J. Kissel*
CHRISTOPHER J. KISSEL
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

4

Stipulation to Set Briefing Schedule and Hearing Date on Motion for Preliminary Junction and Deadline to Respond to Complaint; [Proposed] Order (5:24-cv-07885-EJD-NMC)

Dated: November 15, 2024

*/s/ Bradley A. Benbrook*
Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED BELOW:**

1. Defendant shall file its opposition no later than **December 3, 2024, by 4:00 PM PST**;

2. Plaintiff shall file its reply no later than **December 9, 2024, by 4:00 PM PST**;

3. Plaintiff's Motion for Preliminary Injunction is set for hearing on **December 17, 2024, at 9:00 AM**, in San Jose, Courtroom 4, 5th Floor.

4. Defendant's response to the Complaint shall be filed no later than 21 days following final resolution of the Motion for Preliminary Injunction – including any appellate proceedings.

**SO ORDERED.**

Dated: November 15, 2024

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

5

Stipulation to Set Briefing Schedule and Hearing Date on Motion for Preliminary Junction and Deadline to Respond to Complaint; [Proposed] Order (5:24-cv-07885-EJD-NMC)