UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE,<br>          Plaintiff,<br>   v.<br>ROB BONTA,<br>          Defendant. | Case No.  5:24-cv-07885-EJD<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING** |

The Court directs each party to submit, **by 4:00 pm on December 11, 2024**, supplemental briefs addressing the following issue:  Does NetChoice have associational standing to raise as-applied challenges on behalf of its members?  *See Ass'n of Christian Schs. Int'l v. Stearns*, 362 F. App'x 640, 644 (9th Cir. 2010), *aff'g* 678 F. Supp. 2d 980 (C.D. Cal. 2008).  The supplemental briefs shall not exceed **six (6) pages**.

**IT IS SO ORDERED.**

Dated: December 6, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-07885-EJD
ORDER DIRECTING SUPPLEMENTAL BRIEFING