

# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

October 18, 2024

I hereby certify that Jared Bryans Magnuson, Esq., was admitted on the 20th day of October, 2022, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



_____, Clerk