# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, d/b/a NetChoice,<br><br>    Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>Hearing Date: December 17, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Court: Courtroom 4, 5th Floor<br><br>Action Filed: November 12, 2024 |

Before the Court is non-party Electronic Privacy Information Center's ("EPIC") Motion for Leave to File Brief as *Amicus Curiae* ("Motion for Leave") in Support of Defendant. After full consideration of the Motion for Leave, as well as all supporting papers and all documents currently on file with the Court, it is hereby ordered that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that EPIC's *amicus curiae* brief attached as Exhibit A to the Motion for Leave is deemed submitted as of the date set forth below.

**IT IS SO ORDERED.**

Dated: _____                                         _____

                                                                                                                 Honorable Edward J. Davila