UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NetChoice,

    Plaintiff(s),

v.

Bonta,

    Defendant(s).

Case No. 5:24-cv-07885-EJD-NMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joshua P. Morrow, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: NetChoice in the above-entitled action. My local co-counsel in this case is Bradley A. Benbrook, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 177786.

408 W. 11th Street, 5th Floor, Austin, TX 78701
MY ADDRESS OF RECORD

701 University Avenue, Suite 106, Sacramento, CA 95825
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(512) 693-8350
MY TELEPHONE # OF RECORD

(916) 447-4900
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

josh@lkcfirm.com
MY EMAIL ADDRESS OF RECORD

brad@benbrooklawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: SBN 24106345.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2024                                  Joshua P. Morrow
                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua P. Morrow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 11, 2024

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE