| | |
|---|---|
| Steven P. Lehotsky* <br> Scott A. Keller* <br> Jeremy Evan Maltz* <br> Shannon Grammel* <br> **LEHOTSKY KELLER COHN LLP** <br> 200 Massachusetts Avenue, NW, Suite 700 <br> Washington, DC 20001 <br> (512) 693-8350 <br> steve@lkcfirm.com <br> scott@lkcfirm.com <br> jeremy@lkcfirm.com <br> shannon@lkcfirm.com | Bradley A. Benbrook (SBN 177786) <br> Stephen M. Duvernay (SBN 250957) <br> **BENBROOK LAW GROUP, PC** <br> 701 University Avenue, Suite 106 <br> Sacramento, CA 955 <br> Telephone: (916) 447-4900 <br> brad@benbrooklawgroup.cm <br> steve@benbrooklawgroup.com |

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

* Admitted *pro hac vice*.

*Attorneys for Plaintiff NetChoice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No. 5:24-cv-07885-EJD <br><br> **PLAINTIFF'S NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

**PLAINTIFF'S NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Plaintiff NetChoice hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Preliminary Injunction, issued on December 31, 2024. ECF 39.

| | |
|---|---|
| DATED: December 31, 2024 | */s/ Steven P. Lehotsky* |
| | Steven P. Lehotsky* |
| Joshua P. Morrow* | Scott A. Keller* |
| **LEHOTSKY KELLER COHN LLP** | Jeremy Evan Maltz* |
| 408 W. 11th Street, 5th Floor | Shannon Grammel* |
| Austin, TX 78701 | **LEHOTSKY KELLER COHN LLP** |
| (512) 693-8350 | 200 Massachusetts Avenue, NW, Suite 700 |
| josh@lkcfirm.com | Washington, DC 20001 |
| | (512) 693-8350 |
| Jared B. Magnuson* | steve@lkcfirm.com |
| **LEHOTSKY KELLER COHN LLP** | scott@lkcfirm.com |
| 3280 Peachtree Road NE | jeremy@lkcfirm.com |
| Atlanta, GA 30305 | shannon@lkcfirm.com |
| (512) 693-8350 | |
| jared@lkcfirm.com | Bradley A. Benbrook (SBN 177786) |
| | Stephen M. Duvernay (SBN 250957) |
| * Admitted *pro hac vice*. | **BENBROOK LAW GROUP, PC** |
| | 701 University Avenue, Suite 106 |
| | Sacramento, CA 955 |
| | Telephone: (916) 447-4900 |
| | brad@benbrooklawgroup.cm |
| | steve@benbrooklawgroup.com |

*Attorneys for Plaintiff NetChoice*

**PLAINTIFF'S NOTICE OF APPEAL**