# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 5:24-cv-07885-EJD

Date case was first filed in U.S. District Court: November 12, 2024

Date of judgment or order you are appealing: December 31, 2024

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

NetChoice

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number? n/a

Was there a previous appeal in this case?  ○ Yes   ● No

If Yes, what is the prior appeal case number? n/a

Your mailing address:

200 Massachusetts Avenue, NW, Suite 700

City: Washington   State: DC   Zip Code: 20001

Prisoner Inmate or A Number (if applicable): n/a

Signature: [signature]   Date: December 31, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

NetChoice

Name(s) of counsel (if any):

Steven P. Lehotsky, Scott A. Keller, Jeremy Evan Maltz, Shannon Grammel, Joshua P. Morrow, Jared B. Magnuson, Bradley A. Benbrook, Stephen M. Duvernay,

Address: 200 Massachusetts Avenue, NW, Suite 700, Washington, DC 20001
Washington, DC 20001

Telephone number(s): (512) 693-8350

Email(s): steve@lkcfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Rob Bonta, in his Official Capacity as Attorney General of California

Name(s) of counsel (if any):

Christopher J. Kissel

Address: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1230

Telephone number(s): (213) 269-6388

Email(s): Christopher.Kissel@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                          1                                    Rev. 12/01/2018