**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE,<br><br>                Plaintiff,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                Defendant. | Case No.  5:24-cv-07885-EJD<br><br>**ORDER GRANTING PLAINTIFF NETCHOICE'S MOTION FOR INJUNCTION PENDING APPEAL** |

This matter came before the Court. The Court has considered the matter and ORDERS as follows:

(A) Defendant and anyone acting in active concert with his office are immediately RESTRAINED from taking any actions to enforce Cal. Health & Safety Code §§ 27001, 27002(b)(2)-(5) under the law in any way;

(B) This INJUNCTION shall take effect immediately and shall remain in effect pending appeal of the Court's Order Granting in Part and Denying in Part Motion for Preliminary Injunction, ECF 39.

SO ORDERED this ____ day of _____, 2025.