UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA,<br><br>        Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO MOTION FOR INJUNCTION PENDING APPEAL** |

Defendant shall file a response to Plaintiff's motion for injunction pending appeal (ECF No. 42) of no more than **ten (10) pages** by **11:59 pm PT today** (January 1, 2025). At that time, the motion shall be ripe for decision without a reply, though Plaintiff may choose to submit a reply of no more than **five (5) pages** if it wishes to do so.

**IT IS SO ORDERED.**

Dated: January 1, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-07885-EJD
ORDER RE MOT. FOR INJUNCTION PENDING APPEAL