**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JAN 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NETCHOICE, LLC,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>    Defendant - Appellee. | No. **25-146**<br><br>D.C. No. 5:24-cv-07885-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Due to a technical error, the court has issued a new case number for this matter. Moving forward, please use the case number of **25-146** on all court filings.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT