
Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 955
Telephone: (916) 447-4900
brad@benbrooklawgroup.cm
steve@benbrooklawgroup.com

* Admitted *pro hac vice*.

*Attorneys for Plaintiff NetChoice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE,<br><br>                    Plaintiff,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                    Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF JANUARY 21, 2025, ~~CASE MANAGEMENT CONFERENCE~~ STATUS CONFERENCE**<br><br>**\* AS MODIFIED \*** |

**JOINT STIPULATION REQUESTING CONTINUANCE OF
JANUARY 21, 2025, CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court enter an order continuing the January 21, 2025, case management conference until February 13, 2025, and extending the parties' deadline to file a joint status report.

WHEREAS, Plaintiff filed its Complaint and moved for a preliminary injunction on November 12, 2024, *see* ECF 1-2;

WHEREAS, this Court partially granted and partially denied Plaintiff's Motion for Preliminary Injunction on December 31, 2024, ECF 49;

WHEREAS, Plaintiff has appealed that order, ECF 40;

WHEREAS, this Court granted Plaintiff an injunction pending appeal on the aspects of the law that the Court did not enjoin in its December 31 preliminary-injunction order, which expires at the end of February 1, 2025, ECF 47;

WHEREAS, NetChoice has moved for an injunction pending appeal in the Ninth Circuit, requesting a ruling on or before February 1, 2025, ECF 48;

WHEREAS, Plaintiff's opening brief on appeal is due in the Ninth Circuit on January 30, 2025;

WHEREAS, this Court has set a ~~case management~~ status conference for January 21, 2025, with the parties' joint status report due January 14, 2025, ECF 51;

WHEREAS, Plaintiff's counsel has a scheduling conflict on January 21, 2025, ECF 51;

AND WHEREAS, NetChoice believes it would be more efficient to continue the case management conference until after the Ninth Circuit has had a chance to rule on NetChoice's motion for injunction pending appeal.

NOW THEREFORE, the parties hereby jointly stipulate and agree to respectfully request as follows:

That the ~~case management~~ status conference currently scheduled for January 21, 2025, be continued to February 13, 2025.

The parties' deadline to file a joint status report be extended to February 6, 2025.

IT IS SO STIPULATED.

DATED: January 9, 2025

/s/ Steven P. Lehotsky
Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon Grammel*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW,
   Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 955
Telephone: (916) 447-4900
brad@benbrooklawgroup.cm
steve@benbrooklawgroup.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

* Admitted *pro hac vice*.

*Attorneys for Plaintiff NetChoice*

2
JOINT STIPULATION REQUESTING CONTINUANCE OF
JANUARY 21, 2025, CASE MANAGEMENT CONFERENCE

DATED: January 9, 2025

/s/ Christopher Kissel
ROB BONTA, State Bar No. 202668
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Attorney General
JENNIFER E. ROSENBERG, State Bar No. 275496
SHIWON CHOE, State Bar No. 320041
CHRISTOPHER J. KISSEL, State Bar No. 333937
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

**PURSUANT TO STIPULATION, AS MODIFIED, IT IS SO ORDERED.**

Dated:   January 9, 2025

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

### Local Rule 5-1(i) Attestation

I, Jeremy Evan Maltz, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other Signatories have concurred in the filing of the document.

/s/Jeremy Evan Maltz