FILED

JAN 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NETCHOICE, LLC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant - Appellee. | No. 25-146 <br><br> D.C. No. 5:24-cv-07885-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

The motion for injunctive relief (Docket Entry No. 4) is granted. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court). Appellee is enjoined from enforcing California Senate Bill 976 while this appeal is pending.

We expedite this appeal. The existing briefing schedule remains in effect. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The Clerk will place this case on the calendar for April 2025.  *See* 9th Cir. Gen. Ord. 3.3(g).