**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETCHOICE,<br><br>           Plaintiff,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>           Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**ORDER GRANTING PLAINTIFF NETCHOICE'S MOTION TO STAY PROCEEDINGS PENDING APPEAL** |

This matter came before the Court for hearing. The Court has considered the matter and ORDERS as follows:

All proceedings in this Court are stayed pending final resolution of NetChoice's appeal, including any Supreme Court review.

SO ORDERED this _____ day of _____, 2025.

  
                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE