United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NETCHOICE,

         Plaintiff,

    v.

ROB BONTA,

         Defendant.

Case No.   5:24-cv-07885-EJD

**SCHEDULING ORDER RE FIRST-PHASE DISCOVERY**

On March 13, 2025, the Court held a hearing on Plaintiff NetChoice's motion to stay pending appeal. ECF No. 65. At the hearing, the Court denied NetChoice's motion but limited the scope of discovery pending the Ninth Circuit's decision. The Court further directed the parties to meet and confer regarding a schedule for this initial, limited discovery. *Id.*

The parties timely submitted a joint case management statement with a proposed schedule in accord with the Court's oral ruling at the hearing. ECF No. 68. In their statement, though, the parties indicated that they might have some disputes regarding the scope of initial discovery. The Court then ordered the parties to submit a joint report identifying those disputes. ECF No. 69. The parties eventually reached agreement on the scope of initial discovery, but identified potential disputes over the scope of the second phase of discovery to occur after the Ninth Circuit renders its decision in the pending appeal. ECF No. 70.

For now, the Court need not set any limits on second-phase discovery. It therefore adopts the parties' agreement as to the scope of first-phase discovery, *see* ECF No. 70, without expressing any opinion on the scope of second-phase discovery, and without any prejudice to any party's merits arguments. The Court also adopts the schedule for first-phase discovery that the parties proposed in their case management statement. *See* ECF No. 68.

Case No.: 5:24-cv-07885-EJD
ORDER RE FIRST-PHASE DISCOVERY    1

Accordingly, first-phase discovery is limited to discovery on (a) the government's interest in passing SB 976 and (b) the means to achieve those interests, as the parties have defined them in their joint report. ECF No. 70. The parties shall also adhere to the following schedule (all events relate solely to the topics approved for first-phase discovery):

| Event | Deadline |
| --- | --- |
| Service of Rule 26 Disclosures | May 8, 2025 |
| Opening Expert Reports | July 17, 2025 |
| Last Day to Serve Written Discovery | July 24, 2025 |
| Rebuttal Expert Reports | August 21, 2025 |
| Sur-Rebuttal Expert Reports | September 25, 2025 |
| Discovery Cutoff and Last Day to File Discovery Motions | October 23, 2025 |

Within **21 days** of a decision in the pending appeal, the parties shall file a joint statement with a proposal for second-phase discovery. This Order is without prejudice to either party's ability to move to begin second-phase discovery before the Ninth Circuit renders a decision if circumstances require doing so.

**IT IS SO ORDERED.**

Dated: April 9, 2025

EDWARD J. DAVILA
United States District Judge