1  ROB BONTA
   Attorney General of California
2  LARA HADDAD, State Bar No. 319630
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG, State Bar No. 275496
   SHIWON CHOE, State Bar No. 320041
4  CHRISTOPHER J. KISSEL, State Bar No. 333937
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
6    Telephone:  (213) 269-6388
     E-mail:  Christopher.Kissel@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

*[Additional Counsel on Following Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | No. 5:24-cv-07885-EJD<br><br>**STIPULATION TO FURTHER MODIFY SCHEDULING ORDER RE FIRST-PHASE DISCOVERY; [PROPOSED] ORDER**<br><br>Dept:     4 (Fifth Floor)<br>Judge:    The Honorable Edward J. Davila<br>Trial Date:  None set.<br>Action Filed: November 12, 2024 |

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon G. Denmark*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

* Admitted *pro hac vice*.

*Attorneys for Plaintiff NetChoice*

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-2 and 7-12, Plaintiff NetChoice and Defendant Rob Bonta, in his official capacity as Attorney General of California (together, "the Parties"), hereby stipulate to further modify the Scheduling Order Re First-Phase Discovery, ECF 71. The Parties stipulate to extend the deadline to submit a joint statement with the Parties' proposal(s) for second-phase discovery to 21 days after the Ninth Circuit decides NetChoice's petition for panel rehearing and rehearing en banc, which is currently pending before that court.

This Court previously ordered the following modifications in this case:

- On November 15, 2024, the Court granted as modified the Parties' stipulation to set a briefing schedule and hearing on NetChoice's motion for preliminary injunction, ECF 15;
- On January 9, 2025, the Court granted as modified the Parties' stipulation to continue the status conference, ECF 54;
- On March 13, 2025, the Court granted in part and denied in part NetChoice's motion to stay proceedings pending appeal, ECF 65;
- On April 9, 2025, the Court entered a Scheduling Order Re First-Phase Discovery, ECF 71; and
- On April 28, the Court granted the Parties' stipulation to modify the Court's scheduling order to move all expert discovery to the second phase of discovery, ECF 73.

The Parties stipulate that good cause exists to extend the deadline to submit a joint statement with the Parties' proposal(s) for second-phase discovery to 21 days after the Ninth Circuit decides NetChoice's petition for panel rehearing and rehearing en banc for the following reasons:

WHEREAS, the Court has ordered that discovery "may proceed on a limited basis" while NetChoice's appeal is pending at the Ninth Circuit, ECF 65;

WHEREAS, in response to the Court's order of March 31, 2025, ECF 69, the Parties jointly stated that, 21 days after the Ninth Circuit's merits decision on NetChoice's pending appeal, the Parties would file a statement in this Court with their proposal for whether and when to begin the second phase of discovery, ECF 70;

1. WHEREAS, on April 9, 2025, the Court entered the Scheduling Order Re First-Phase Discovery. ECF 71. The Court ordered that "[w]ithin 21 days of a decision in the pending appeal, the Parties shall file a joint statement with a proposal for second-phase discovery," *id.*;

2. WHEREAS, on April 28, 2025, the Court granted the Parties' stipulation to delay all expert discovery to phase two and modified the scheduling order accordingly, ECF 73;

3. WHEREAS, on September 9, 2025, the Ninth Circuit issued its merits decision in NetChoice's appeal, ECF 74;

4. WHEREAS, on September 23, 2025, NetChoice petitioned for panel rehearing and rehearing en banc of the Ninth Circuit's decision, *see NetChoice v. Bonta*, No. 25-146 at ECF 71 (9th Cir. Sept. 23, 2025) (Pet. for Rehearing):

5. WHEREAS, deferring the Parties' proposal for second-phase discovery until after the Ninth Circuit decides NetChoice's pending petition for rehearing would serve the interests of efficiency and economy;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that the deadline to submit a joint statement with the Parties' proposal for second-phase discovery should be extended to 21 days after the Ninth Circuit decides NetChoice's pending petition for panel rehearing and rehearing en banc.

Dated:  September 24, 2025

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Attorney General
JENNIFER E. ROSENBERG
SHIWON CHOE
Deputy Attorneys General

*/s/ Christopher J. Kissel*
CHRISTOPHER J. KISSEL, State Bar No. 333937
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*


Dated: September 24, 2025

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Joshua P. Morrow*
**LEHOTSKY KELLER COHN LLP**
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
**LEHOTSKY KELLER COHN LLP**
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

*/s/ Jeremy Evan Maltz*

Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Shannon G. Denmark*
**LEHOTSKY KELLER COHN LLP**
200 Massachusetts Avenue, NW,
  Suite 700
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com
steve@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

* Admitted *pro hac vice*.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2025

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

5