UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

SEP 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NETCHOICE, LLC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant - Appellee. | No. 25-146 <br><br> D.C. No. 5:24-cv-07885-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: HAWKINS, W. FLETCHER, and R. NELSON, Circuit Judges.

Defendant–Appellee Rob Bonta is directed to file a response to Plaintiff–Appellant NetChoice's petition for panel rehearing and rehearing en banc. *See* Dkt. 71. The response shall be filed within 21 days of the date of this order and shall not exceed fifteen pages or 4,200 words. 9th Cir. R. 40-1.