COOLEY LLP
BENEDICT HUR (SBN: 224018)
(bhur@cooley.com)
JONATHAN PATCHEN (SBN: 237346)
(jpatchen@cooley.com)
MICHAEL ROME (SBN: 272345)
(mrome@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ELIZABETH B. PRELOGAR (SBN: 262026)
(eprelogar@cooley.com)
RAYMOND P. TOLENTINO (*Pro Hac Vice Pending*)
(rtolentino@cooley.com)
EPHRAIM MCDOWELL (*Pro Hac Vice Pending*)
(emcdowell@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Plaintiffs GOOGLE LLC
and YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RELATING CASES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. & [PROPOSED] ORDER
RELATING CASES
CASE NO. 5:24-CV-07885-EJD

Pursuant to Local Rule 3-12 and 7-11, Plaintiffs Google LLC and YouTube, LLC (together "YouTube"), Plaintiff NetChoice, and Defendant Rob Bonta, in his official capacity as Attorney General of California ("State," and together with YouTube and NetChoice, "Parties"), hereby stipulate that good cause exists to relate *Google LLC v. Bonta*, No. 5:25-cv-09795 ("YouTube Action") to *NetChoice v. Bonta*, Case No. 5:24-cv-07885-EJD ("NetChoice Action" and collectively "Actions") for the following reasons:

WHEREAS, YouTube intends to assert First Amendment claims with respect to California Senate Bill 976 ("the Act");

WHEREAS, NetChoice asserts similar First Amendment claims with respect to the Act;

WHEREAS, these similar First Amendment claims are asserted against the same defendant in both Actions;

WHEREAS, the Actions concern substantially similar parties, factual allegations, legal claims, and requested relief;

WHEREAS, it appears likely that conducting the Actions in two courts simultaneously may lead to an unduly burdensome duplication of labor and expense or conflicting results;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AMONG THE PARTIES, SUBJECT TO THE COURT'S APPROVAL, that the Actions may be related pursuant to LCvR 3-12(b).

**IT IS SO STIPULATED.**

Dated: November 13, 2025                              COOLEY LLP

                                                      /s/ Elizabeth B. Prelogar
                                                      Elizabeth B. Prelogar

                                                      Attorney for Plaintiffs GOOGLE LLC
                                                      and YOUTUBE, LLC

Dated: November 13, 2025                              LEHOTSKY KELLER COHN LLP

                                                      /s/ Jeremy Evan Maltz
                                                      Jeremy Evan Maltz

                                                      Attorney for Plaintiff
                                                      NETCHOICE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. & [PROPOSED] ORDER
RELATING CASES
CASE NO. 5:24-CV-07885-EJD

Dated: November 13, 2025

CALIFORNIA ATTORNEY GENERAL'S OFFICE

*/s/ Shiwon Choe*
Shiwon Choe
Christopher Kissel

Attorneys for Defendant
ROB BONTA

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to all other signatories listed and that I obtained authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

Dated: November 13, 2025

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

Honorable Edward J. Davila
United States District Court Judge