|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 14 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NETCHOICE, LLC,

    Plaintiff - Appellant,

 v.

ROB BONTA, in his official capacity as Attorney General of California,

    Defendant - Appellee.

No. 25-146

D.C. No. 5:24-cv-07885-EJD

Northern District of California, San Jose

MANDATE

The judgment of this Court, entered September 09, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT