| | |
|---|---|
| Steven P. Lehotsky* | Bradley A. Benbrook (SBN 177786) |
| Scott A. Keller* | Stephen M. Duvernay (SBN 250957) |
| Jeremy Evan Maltz* | BENBROOK LAW GROUP, PC |
| Shannon G. Denmark* | 701 University Avenue, Suite 106 |
| LEHOTSKY KELLER COHN LLP | Sacramento, CA 95825 |
| 200 Massachusetts Avenue, NW, Suite 700 | Telephone: (916) 447-4900 |
| Washington, DC 20001 | brad@benbrooklawgroup.com |
| (512) 693-8350 | steve@benbrooklawgroup.com |
| steve@lkcfirm.com | |
| scott@lkcfirm.com | |
| jeremy@lkcfirm.com | |
| shannon@lkcfirm.com | |

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd. Suite 1-250
Austin, TX 78735
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

*Attorneys for Plaintiff NetChoice*

***[Additional Counsel on Following Page]***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE,** | No. 5:24-cv-07885-EJD |
| Plaintiff, | **STIPULATION TO FURTHER MODIFY SCHEDULING ORDER; PROPOSED ORDER** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of California,** | Dept: 4 (Fifth Floor)<br>Judge: The Honorable Edward J. Davila<br>Trial Date: None set.<br>Action Filed: November 12, 2024 |
| Defendant. | |

| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | LARA HADDAD, State Bar No. 319630<br>Supervising Deputy Attorney General |
| 3 | JENNIFER E. ROSENBERG, State Bar No. 275496<br>SHIWON CHOE, State Bar No. 320041 |
| 4 | CHRISTOPHER J. KISSEL, State Bar No. 333937<br>Deputy Attorneys General |
| 5 |   300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013-1230 |
| 6 |   Telephone:  (213) 269-6388<br>  E-mail:  Christopher.Kissel@doj.ca.gov |

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-2 and 7-12,
2    Plaintiff NetChoice and Defendant Rob Bonta, in his official capacity as Attorney General of
3    California (together, "the Parties"), hereby stipulate to further modify the Scheduling Order,
4    ECF 71. The Parties stipulate to (1) set January 23, 2026, as NetChoice's deadline to file an
5    amended complaint, should it choose to do so, and extend Defendants' responsive-pleading
6    deadline to 21 days after NetChoice either files an amended complaint or declines to file an
7    amended complaint by January 23, 2026; and (2) extend the Parties' deadline to submit a joint
8    statement with the Parties' proposal for second-phase discovery to January 23, 2026—which is
9    the date that this Court set for the parties to submit a joint status report before the Court's
10   February 12, 2026, status conference, ECF 84-85.

This Court previously ordered the following modifications in this case:

- On November 15, 2024, the Court granted as modified the Parties' stipulation to set a briefing schedule and hearing on NetChoice's motion for preliminary injunction, ECF 15;
- On January 9, 2025, the Court granted as modified the Parties' stipulation to continue the status conference, ECF 54;
- On March 13, 2025, the Court granted in part and denied in part NetChoice's motion to stay proceedings pending appeal, ECF 65;
- On April 9, 2025, the Court entered a Scheduling Order Re First-Phase Discovery, ECF 71.
- On April 28, 2025, the Court granted the Parties' stipulation to modify the Court's scheduling order to move all expert discovery to the second phase of discovery. ECF 73.
- On September 25, 2025, the Court granted the Parties' stipulation to further modify the Court's scheduling order, providing that the deadline for the Parties' joint statement with their proposal for second-phase discovery should be extended to 21 days after the Ninth Circuit decides NetChoice's petition for panel rehearing and rehearing en banc.

The Parties stipulate that good cause exists for the following reasons:

WHEREAS, the Court has ordered that discovery "may proceed on a limited basis" while NetChoice's appeal is pending at the Ninth Circuit, ECF 65;

1  WHEREAS, in response to the Court's order of March 31, 2025, ECF 69, the Parties jointly stated that, 21 days after the Ninth Circuit's merits decision on NetChoice's pending appeal, the Parties would file a statement in this Court with their proposal for whether and when to begin the second phase of discovery, ECF 70;

WHEREAS, on April 9, 2025, the Court entered the Scheduling Order Re First-Phase Discovery. ECF 71. The Court ordered that "[w]ithin 21 days of a decision in the pending appeal, the Parties shall file a joint statement with a proposal for second-phase discovery," *id*.;

WHEREAS, on April 28, 2025, the Court granted the Parties' stipulation to delay all expert discovery to phase two and modified the scheduling order accordingly, ECF 73;

WHEREAS, on September 9, 2025, the Ninth Circuit issued its merits decision in NetChoice's appeal, ECF 74;

WHEREAS, on September 23, 2025, NetChoice petitioned for panel rehearing and rehearing en banc of the Ninth Circuit's decision, *see NetChoice v. Bonta*, No. 25-146 at ECF 71 (9th Cir. Sept. 23, 2025) (Pet. for Rehearing);

WHEREAS, on November 6, 2025, the Ninth Circuit denied NetChoice's petition for panel rehearing and rehearing en banc, *see NetChoice v. Bonta*, No. 25-146 at ECF 75 (9th Cir. Nov. 6, 2025);

WHEREAS, on November 14, 2025, this Court granted orders relating this case to three other cases filed by companies bringing similar challenges to the same California law, ECF 83; and

WHEREAS, absent extension, Defendant's responsive-pleading and the Parties' joint statement regarding second-phase discovery would be due November 28, 2025.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that this Court (1) set January 23, 2026, as NetChoice's deadline to file an amended complaint, should it choose to do so, and extend Defendants' responsive-pleading deadline to 21 days after NetChoice either files an amended complaint or declines to file an amended complaint by January 23, 2026; and (2) extend the Parties' deadline to submit a joint statement with the Parties' proposal for second-phase discovery to January 23, 2026.

Dated: November 25, 2025

| | |
|---|---|
| Bradley A. Benbrook (SBN 177786)<br>Stephen M. Duvernay (SBN 250957)<br>**BENBROOK LAW GROUP, PC**<br>701 University Avenue, Suite 106<br>Sacramento, CA 95825<br>Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com<br>steve@benbrooklawgroup.com<br><br>Joshua P. Morrow*<br>**LEHOTSKY KELLER COHN LLP**<br> 7500 Rialto Blvd. Suite 1-250<br> Austin, TX 78735<br> (512) 693-8350<br> josh@lkcfirm.com<br><br>Jared B. Magnuson*<br>**LEHOTSKY KELLER COHN LLP**<br>3280 Peachtree Road NE<br>Atlanta, GA 30305<br>(512) 693-8350<br>jared@lkcfirm.com | */s/ Jeremy Evan Maltz*<br><br>Steven P. Lehotsky*<br>Scott A. Keller*<br>Jeremy Evan Maltz*<br>Shannon G. Denmark*<br>**LEHOTSKY KELLER COHN LLP**<br>200 Massachusetts Avenue, NW,<br>  Suite 700<br>Washington, DC 20001<br>(512) 693-8350<br>scott@lkcfirm.com<br>steve@lkcfirm.com<br>jeremy@lkcfirm.com<br>shannon@lkcfirm.com |

\* Admitted *pro hac vice*.

Dated: November 25, 2025

                ROB BONTA
                Attorney General of California
                LARA HADDAD
                Supervising Attorney General

                 */s/ Christopher J. Kissel*
                CHRISTOPHER J. KISSEL, State Bar No. 333937
                Deputy Attorney General
                *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                _____
                HON. EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE