Steven P. Lehotsky*
Scott A. Keller*
Jeremy Evan Maltz*
Serena M. Orloff (SBN 260888)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
scott@lkcfirm.com
jeremy@lkcfirm.com
serena@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd. Suite 1-250
Austin, TX 78735
(512) 693-8350
josh@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Bradley A. Benbrook (SBN 177786)
Stephen M. Duvernay (SBN 250957)
BENBROOK LAW GROUP, PC
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Attorneys for Plaintiff NetChoice*

*[Additional Counsel on Following Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE,** <br><br> Plaintiff, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of California,** <br><br> Defendant. | No. 5:24-cv-07885-EJD <br><br> **STIPULATION TO FURTHER MODIFY SCHEDULING ORDER;** ~~**PROPOSED**~~ **ORDER** <br><br> Dept:  4 (Fifth Floor) <br> Judge:  Hon. Edward J. Davila <br> Trial Date:  None set. <br> Action Filed: November 12, 2024 <br><br> **\* AS MODIFIED \*** |

1  ROB BONTA
   Attorney General of California
2  LARA HADDAD, State Bar No. 319630
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG, State Bar No. 275496
   SHIWON CHOE, State Bar No. 320041
4  CHRISTOPHER J. KISSEL, State Bar No. 333937
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
6    Telephone:  (213) 269-6388
     E-mail:  Christopher.Kissel@doj.ca.gov
7
   *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*
8

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-2 and 7-12,
2    Plaintiff NetChoice and Defendant Rob Bonta, in his official capacity as Attorney General of
3    California (together, "the Parties"), hereby stipulate to further modify the Scheduling Order,
4    ECF 87. The Parties stipulate to: (1) extend NetChoice's deadline to file an amended complaint,
5    should it choose to do so, to 14 days after the Court's decision on the pending preliminary
6    injunction motions in *TikTok v. Bonta*, No. 25-cv-9789, *Google LLC v. Bonta*, No. 25-cv-9795,
7    and *Meta Platforms v. Bonta*, No. 25-9792 (collectively, the "Related Cases," *see* ECF No. 83);
8    (2) extend Defendant's responsive-pleading deadline to 45 days after NetChoice either files an
9    amended complaint or declines to file an amended complaint; (3) extend the Parties' deadline to
10   submit a joint statement with the Parties' proposal for second-phase discovery to 14 days after
11   Defendant's responsive pleading deadline; and (4) set a status conference on or about seven days
12   after submission of the Parties' joint statement (or thereafter).

This Court previously ordered the following modifications to the Scheduling Order in this case:

- On November 15, 2024, the Court granted as modified the Parties' stipulation to set a briefing schedule and hearing on NetChoice's motion for preliminary injunction, ECF 15;
- On January 9, 2025, the Court granted as modified the Parties' stipulation to continue the status conference, ECF 54;
- On March 13, 2025, the Court granted in part and denied in part NetChoice's motion to stay proceedings pending appeal, ECF 65;
- On April 9, 2025, the Court entered a Scheduling Order Re First-Phase Discovery, ECF 71.
- On April 28, 2025, the Court granted the Parties' stipulation to modify the Court's scheduling order to move all expert discovery to the second phase of discovery. ECF 73.
- On September 25, 2025, the Court granted the Parties' stipulation to further modify the Court's scheduling order, providing that the deadline for the Parties' joint statement with their proposal for second-phase discovery should be extended to 21 days after the Ninth Circuit decides NetChoice's petition for panel rehearing and rehearing en banc.

1  • On November 26, 2025, the Court granted the Parties' stipulation to further modify the
2     Court's scheduling order and extended the deadlines for NetChoice to amend its
3     complaint and for the Parties to submit a joint proposal for second-phase discovery to
4     January 23, 2026.
5     The Parties stipulate that good cause exists for the following reasons:
6     WHEREAS, the Court ordered that discovery "may proceed on a limited basis" while
7  NetChoice's appeal was pending at the Ninth Circuit, ECF 65;
8     WHEREAS, in response to the Court's order of March 31, 2025, ECF 69, the Parties
9  jointly stated that, 21 days after the Ninth Circuit's merits decision on NetChoice's pending
10 appeal, the Parties would file a statement in this Court with their proposal for whether and when
11 to begin the second phase of discovery, ECF 70;
12    WHEREAS, on April 9, 2025, the Court entered the Scheduling Order Re First-Phase
13 Discovery. ECF 71. The Court ordered that "[w]ithin 21 days of a decision in the pending appeal,
14 the Parties shall file a joint statement with a proposal for second-phase discovery," *id.*;
15    WHEREAS, on April 28, 2025, the Court granted the Parties' stipulation to delay all
16 expert discovery to phase two and modified the scheduling order accordingly, ECF 73;
17    WHEREAS, on September 9, 2025, the Ninth Circuit issued its merits decision in
18 NetChoice's appeal, ECF 74;
19    WHEREAS, on September 23, 2025, NetChoice petitioned for panel rehearing and
20 rehearing en banc of the Ninth Circuit's decision, *see NetChoice v. Bonta*, No. 25-146 at ECF 71
21 (9th Cir. Sept. 23, 2025) (Pet. for Rehearing);
22    WHEREAS, on November 6, 2025, the Ninth Circuit denied NetChoice's petition for
23 panel rehearing and rehearing en banc, *see NetChoice v. Bonta*, No. 25-146 at ECF 75 (9th Cir.
24 Nov. 6, 2025);
25    WHEREAS, on November 14, 2025, this Court granted orders relating this case to the
26 Related Cases filed by companies bringing similar challenges to the same California law, ECF 83;
27 and
28    WHEREAS, the companies in the Related Cases have filed motions for preliminary

4

1  injunctions, the parties to those cases have thrice extended the briefing schedule, and this Court is
2  currently scheduled to hear argument on those motions on April 30, 2026;
3        WHEREAS, the Court's disposition of the preliminary injunction motions in the Related
4  Cases may inform the way in which this case will proceed;
5        WHEREAS, absent extension, Plaintiff's deadline to file any amended complaint and the
6  Parties' joint statement regarding second-phase discovery would be due January 23, 2026;
7        IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, that this Court
8  (1) extend NetChoice's deadline to file an amended complaint, if any, until 14 days after
9  disposition of the preliminary injunction motions in the Related Cases; (2) extend Defendant's
10 responsive-pleading deadline to 45 days after NetChoice either files an amended complaint or
11 declines to file an amended complaint; (3) extend the Parties' deadline to submit a joint statement
12 with the Parties' proposal for second-phase discovery to 14 days after Defendant's responsive
13 pleading deadline; and (4) set a status conference on or about seven days after submission of the
14 Parties' joint statement (or thereafter).

| | | |
|---|---|---|
| 1 | Dated: January 22, 2026 | *Serena M. Orloff* |
| 2 | | Steven P. Lehotsky* |
| 3 | Bradley A. Benbrook (SBN 177786)<br>Stephen M. Duvernay (SBN 250957) | Scott A. Keller*<br>Jeremy Evan Maltz* |
| | **BENBROOK LAW GROUP, PC** | Serena M. Orloff (SBN 260888) |
| 4 | 701 University Avenue, Suite 106<br>Sacramento, CA 95825 | **LEHOTSKY KELLER COHN LLP**<br>200 Massachusetts Avenue, NW, |
| 5 | Telephone: (916) 447-4900<br>brad@benbrooklawgroup.com | Suite 700<br>Washington, DC 20001 |
| 6 | steve@benbrooklawgroup.com | (512) 693-8350<br>scott@lkcfirm.com |
| 7 | Joshua P. Morrow* | steve@lkcfirm.com<br>jeremy@lkcfirm.com |
| 8 | **LEHOTSKY KELLER COHN LLP**<br>7500 Rialto Blvd. Suite 1-250 | serena@lkcfirm.com |
| | Austin, TX 78735 | |
| 9 | (512) 693-8350<br>josh@lkcfirm.com | |
| 10 | | |
| 11 | Jared B. Magnuson*<br>**LEHOTSKY KELLER COHN LLP** | |
| 12 | 3280 Peachtree Road NE<br>Atlanta, GA 30305 | |
| 13 | (512) 693-8350<br>jared@lkcfirm.com | |
| 14 | * Admitted *pro hac vice*. | |
| 15 | Dated: January 22, 2026 | ROB BONTA<br>Attorney General of California |
| 16 | | LARA HADDAD<br>Supervising Attorney General |
| 17 | | |
| 18 | | */s/ Christopher J. Kissel*<br>CHRISTOPHER J. KISSEL, State Bar No. 333937 |
| 19 | | Deputy Attorney General<br>*Attorneys for Defendant Rob Bonta, in his official* |
| 20 | | *capacity as Attorney General of California* |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

**IT IS FURTHER ORDERED** that the status conference set for February 12, 2026, is VACATED. A Status Conference is set for April 30, 2026, at 9:00 a.m. in San Jose, Courtroom 4.

Dated: February 6, 2026

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE